

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00056-CV

CAROLYN WILKERSON,                                          APPELLANTS
INDIVIDUALLY AND AS
EXECUTRIX OF THE ESTATE OF
WESLEY WILKERSON,
DECEASED, KIRK WILKERSON,
AND JUSTIN WILKERSON

V.

TEXAS HEALTH RESOURCES                                     APPELLEE

------------

FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 153-268671-13

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellants' Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by the party incurring same, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  March 12, 2015